Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

#225853X

2017 JAN 24 A 10 39

U.S. DISTRICT COURT
N.D. OF ALABAMA

Travis Cintell Mosely  Unit D-8
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Judge) Sibley Reynolds  Title)
Sheriff) Joseph W. Sedinger  Title)
Assistant) D.A.! Ray Hawthorne  Title)
Head Prosecutor) Mrs. Jessica Sanders  Title)
Trial Attorney.) Mr. Wayne Perdue  Title)
Appeal Attorney) Mrs. Kimberly Griffin Kervin  Title)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. _____
(to be filled in by the Clerk's Office)

CV-17-HA-0123-M

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

- **Name:** Travis Cintell Mosely Unit D-8
- **All other names by which you have been known:** Cintell Mosely
- **ID Number:** AIS Number #225852X
- **Current Institution:** St. Clair Correctional Facility
- **Address:** 1000 St. Clair Road
  Springville, Alabama 35146

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- **Name:** (Honorable) Judge Sibley Reynolds
- **Job or Title *(if known)*:** Judge / Title Trial Judge
- **Shield Number:** N/A
- **Employer:** Circuit Court, Court House Judge
- **Address:** 134 North Court St Room 114
  Prattville, ALA 36067

☐ Individual Capacity   ☒ Official Capacity

**Defendant No. 2**

- **Name:**
- **Job or Title *(if known)*:** Autauga County Sheriff / Title Sheriff
- **Shield Number:** N/A
- **Employer:** Sheriff of Autauga County
- **Address:** c/o Autauga Metro Jail 136 North Court St
  Prattville, ALA 36067

☐ Individual Capacity   ☒ Official Capacity

2

*Notice of Court Both Prosecutors Addressed as Number # 3*

Defendant No. 3
Name: Assistant DA. Mr. Ray Hawthorne
Asst. Ray Hawthorne (DA. Title)
Job or Title (if known): Head Prosecutor Mrs. Jessica Sanders
Shield Number: N/A
Employer: Circuit Court House 134 North Court Street
Address: Room #114
City: Prattville  State: ALA  Zip Code: 36067
☑ Individual Capacity  ☑ Official Capacity

*Notice Here Too Both Attorney*

Defendant No. 4
Name: Mr. Wayne Perdue Trial Att
Trial Attorney (Title)
Job or Title (if known): Mrs. Kimberly Griffin Kervin Appeal Att Title
Shield Number: N/A
Employer: Circuit Court House 134 North Court Street
Address: Room #114
City: Prattville  State: ALA  Zip Code: 36067
☐ Individual Capacity  ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel Unusual Punishment of False Imprisonment An Wrongful Sentencing of The Six Defendants Are Listed on Page #1

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge Both & Prosecuters / Both Attorney an Sheriff Looked over The Knowledge of The Eye witness and my Court Defendanter Testimony stated I Had nothing To Do with A Robbery Nor was I Seen By Identify

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*   N/A

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

From All Eye witness an witness and my co defendanter All Cleared me From 1st degee Robbery & All Judge Sibley Reynolds / Prosecuters Ray Hawthorne Jessica Sanders / an Attorney Wayne Teague & Kimberly Griffin Keevin & Sheriff Joseph W Sedinger

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A Still Went Ahead and Sentenced me Wrongful

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 9th 2015  Autauga County
Prattville, Alabama

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Saw what Happen & I took no Facts Store Clerk Faye Pickett Witness Eye was Phoenix Gafford / Christopher Boutwell was at The Store Co-defendent Jermaine Ages

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seek Relief Monetary Punitive Damages of False Inprisonment under Cruel unusual Punishment Seek The Amounts of $100, million Dollars Against The County of Autauga The False Inprisonment Have Caused Health Problems Such As Strong Stress High Blood Pressure / Mental disorder / Nervous Problems I'm Sueing for violateing my 4th 8th & 14th Amendments under Color of An All White Jury and The Defendents Judge Sibley Reynolds / Sheriff Joseph Sedinger Assistant D.A. Ray Hawthorne / Head Prosecuter Jessica Sanders / Both Attorneies For Plaintiff Wayne Perdue / Kimberly Griffin Kervin / Conspiracy Against me Seek Release from Prison with the Reward of $100, million

5

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?    N/A
N/A

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?  N/A

2. What did you claim in your grievance?  N/A

3. What was the result, if any?  N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    *Alabama State Prisoners Do not Carry Grievance forms Anymore only medical*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    *N/A*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    *"Poor" Nothing For The Help of inmates state Have Done Away with All good Remedies*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: MR TRAVIS CITTRELL MOSELY CELL D-8
Prison Identification #: # 2258522X
Prison Address: 1000 St Clair Road
Springville, ALA 35146
*City    State    Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/17/2017 (Date)

Signature of Plaintiff

X

# Class Action Civil Complaint Against "Autauga County"

Plaintiff Come Now Mr. Travis Cintell Mosely The County of Autauga Prattville ALA Violated my Constitutionally Rights 4th 8th 14th Admens By False inprisonment Cruel Unusual Punishment Looking over the facts of Eye Witnesses and my Co defendant Testimony that I am in-Clear of A Robbery Crime of Any Scene Therefore I was Wrongful Sentencing Cause All Six of the defendents Heard an Knowledgeable of understanding from witness that Travis Cintell Mosely did Not Break the Law upon this it was there All Responsibility to Read and Screen the matter an facts of the 1st Degree Robbery my Constitutionally Rights was Violated under Color of and All White Jury Plaintiff File this Action That this County Release Travis C. Mosely from the state Penitentiary with The Sum $100. Million Dollars for Monetary damages Punitive damages Cause mental disorder Stress Hight Blood Pressure Enforce that following defendents of The County of Autauga Be Sued Judge Sibley Reynolds Sheriff Joseph W. Sedinger Assistant D.A. Ray Hawthorne Prosecuter Jessica Sanders Trial Attorney Wayne Perdue & Appeal Attorney Kimberly Griffin Kervin Sued $100, million

Sworn under oath that this 17th Day of January 2017

_____
Notary Public

X Travis Mosely

8/2/2020
My Commisser Expire